Fill in this information to identify the case:

United States Bankruptcy Court for the:
**MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____   Chapter __7__

FILED via Fax

JUN 17 2024 @ 5:50 PM

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division
*amended filing*

Official Form 205

## Involuntary Petition Against a Non-Individual            12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name

   **Stoyup Management Group, LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, names, trade names, or *doing business as* names.

   D/B/A
   **EDEN**

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   __8__ __5__ – __3__ __5__ __7__ __9__ __8__ __2__ __2__
   EIN

5. Debtor's address

   Principal place of business

   **912-914 N Franklin Street**
   Number   Street

   _____

   **Tampa**            **FL**   **33602**
   City                State   ZIP Code

   **Hillsborough**
   County

   Mailing address, if different

   **C/O Itzkowitz Law, PLLC**
   Number   Street

   **5314 Van Dyke Road**
   P.O. Box

   **Lutz**             **FL**   **33558**
   City                 State  ZIP Code

   Location of principal assets, if different from principal place of business

   **Unknown**
   Number   Street

   _____

   _____
   City                 State  ZIP Code

6. Debtor's website (URL)   _____

Debtor **Stoyup Management Group, LLC**                                    Case number (if known) _____
       Name

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
          District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

## Part 3:  Report About the Case

10. **Venue**

    *Check one:*
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Isaak Jason and Associates, LLC | Rent | $295,200.00 |

Debtor **Stoyup Management Group, LLC**　　　　　　　　Case number (if known) _____
　　　　Name

　　　　　　　　　　　　　　　　　　　　　　　　　　Total of petitioners' claims　**$295,200.00**

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| Name and mailing address of petitioner | |
| **Isaak Jason and Associates, LLC** | **Ziona Kopelovich** |
| Name | Printed name |
| **5305 Clouds Peak Drive** | **Debt Relief Law Offices of Tampa Bay, LL** |
| Number   Street | Firm name, if any |
| **Lutz**　　**FL**　**33558** | **5422 Trouble Creek Road** |
| City   State   ZIP Code | Number   Street |
| | **New Port Richey**　**FL**　**34652** |
| Name and mailing address of petitioner's representative, if any | City   State   ZIP Code |
| **Malka Isaak; Malkaisaak@gmail.com** | Contact phone **727-849-3328** |
| Name | Email   **Assist@DebtReliefTampaBay.com** |
| **5305 Clouds Peak Drive** | Bar number   **825913** |
| Number   Street | State   _____ |
| **Lutz**　　**FL**　**33558** | |
| City   State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/17/2024**　　/s/ (signature)
　　　　　　MM / DD / YYYY

X **/s/ Malka Isaak; Malkaisaak@gmail.com, Managing Mer**
　　Signature of petitioner or representative, including representative's title

X **/s/ Ziona Kopelovich**
　　Signature of attorney

Date signed **6/17/2024**
　　　　　　MM / DD / YYYY